AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
WILLIAM LEE

Defendant(s)

Case No. 2:16-mj- 1117-CM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Dec. 23, 2015 to Sept. 16, 2016 in the county of Lee in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 2251(a); and Title 18, United States Code, Sections 2252(a)(4)(B). | Production of child pornography; and possession of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Jody Payne, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/28/2016

*Judge's signature*

City and state: Fort Myers, Florida

CAROL MIRANDO, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jody Payne, having been duly sworn, depose and state as follows:

### Introduction

1. I am a Certified Law Enforcement Officer in the State of Florida and currently hold the position of Sergeant with the Lee County Sheriff's Office. Your affiant has been a member of the Lee County Sheriff's Office since August of 1988. Since 2004, your affiant has been assigned to the Child Exploitation Task Force, members of which investigate the online sexual exploitation of children. Your affiant has participated in numerous investigations involving child exploitation.
2. On May 20, 2015, your affiant was appointed and sworn to perform the duties of the Office of Special Deputy United States Marshal. As a Task Force Agent, your affiant is authorized to investigate violations of the laws of the United States and execute arrest and search warrants issued under the authority of the United States.
3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with FBI agents and agents from other law enforcement agencies.
4. This affidavit is submitted in support of a criminal complaint against WILLIAM LEE for violations of federal law, namely, Title 18, United States Code, Section 2251(a) (production of child pornography), and Title 18, United States Code, Section 2252(a)(4)(B) (possession of child pornography). Because this affidavit is being submitted in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts





that I believe are necessary to establish probable cause that LEE has committed the offense of production of child pornography.

**Background and Summary of Investigative Findings Relevant to Affidavit**

5. On September 16, 2016, Deputy J. Maglione with the Lee County Sheriff's Office (LCSO) was working as a uniformed officer in Lehigh Acres, Lee County, Florida. Deputy Maglione responded to the Lee County Sheriff's District 2 office in reference to the report of a sex crime that had taken place at a residence in Lehigh Acres, Florida. Upon arrival, Deputy Maglione met with the complainant, B.L., who provided a verbal statement.

6. B.L. was concerned about the well-being of his girlfriend, A.Z. When asked why, B.L. said that he had received screenshots of text messages from A.Z.'s friend, A.F. The text messages were of a conversation between A.F. and A.Z. in which A.Z. said that she had performed oral sex. According to B.L., A.Z.'s step-father, WILLIAM LEE, had engaged in sex acts with A.Z. B.L. added that A.Z. said that WILLIAM LEE has had sex with her.

7. Deputy Maglione made contact with A.F. via cell phone. A.F. said that he was very concerned about the text messages that he had received from A.Z. A.F. said that in a verbal conversation with A.Z., A.Z. related that she had been having sexual intercourse with WILLIAM LEE since she was 6 years old. WILLIAM LEE buys her lingerie to wear during their sexual encounters. A.F. was unable to give a time frame of when these events took place.

8. Deputies responded to A.Z.'s residence located in Lehigh Acres, Florida. They





made contact with A.Z. and her mother, C.L. Contact could not be made with WILLIAM LEE initially because he was at work. Sergeant Armato with LCSO contacted the Special Victims Unit and Detective M. Sutphin arrived on scene and assumed the investigation. The Department of Children and Families (DCF) was contacted and a report was taken. Child Protective Investigator (CPI) Ana Villanueva responded to the scene to conduct her investigation.

9. A.Z. is 16 years old. She lives with her mother, C.L., and her step-father, WILLIAM LEE, at this residence located in Lehigh Acres, Florida.

10. On September 16, 2016 at 11:00 p.m., Detective Sutphin met with C.L. at her residence, located in Lehigh Acres, Florida, and obtained a digitally-recorded sworn statement.

11. C.L. stated that when she read the text messages, she confronted A.Z, and A.Z. said that it was a live action role play that she was writing. C.L. said that she had read A.Z.'s writing previously and her writing had never been like this before. C.L. believed that the surrounding texts made it feel as though the text messages were confessions, rather than a story that A.Z. was writing. According to C.L., when A.Z. was 12, there were some text messages between A.Z. and WILLIAM LEE. The text messages were not sexual, but they seemed inappropriate at the time. C.L. confronted WILLIAM LEE and A.Z., but both denied anything inappropriate.

12. C.L. was asked if they were still in possession of the phone that the previously-mentioned text messages were sent from. C.L. confirmed that they did in fact still have the phone, but it was deactivated. C.L. entered the residence and recovered





the deactivated phone, a black in color, Samsung Galaxy Note 3 (Model# SM-N920V, FCC ID: A3LSMN900V). The Galaxy Note 3 was turned over to Detective Sutphin, along with A.Z.'s cell phone, a white in color iPhone (Model* A1349, FCC ID: BCG-E2422B), and A.Z.'s laptop, a blue in color HP Laptop (Model* 11-rOISwm, Serial* 5CD62481SC). As A.Z.'s legal guardian, C.L. signed a consent to search form for A.Z.'s iPhone and HP Laptop.

13. On September 17, 2016 at 1:51 a.m., Detective Sutphin met with WILLIAM LEE at his residence, located in Lehigh Acres, Florida and obtained a digitally-recorded sworn statement from him.

14. When presented with the allegations against him, WILLIAM LEE denied that he and A.Z. were involved in any sort of sexual relationship. When asked if anything occurred between him and A.Z. that could be misinterpreted as inappropriate, WILLIAM LEE replied, "Not to my knowledge." According to WILLIAM LEE, A.Z. recently got into trouble because it was discovered that she was having sex with a boy. A.Z. began therapy because of behavioral issues. WILLIAM LEE denied that he had any sort of inappropriate photographs of A.Z.

15. WILLIAM LEE turned over his cell phone, a gold in color Samsung Galaxy Note 5 (Model# SMN920V, FCC ID: A3LSMN920V). He signed a consent to search form for the Samsung Note 5.

16. On September 23, 2016 at 3:06 p.m., Case Coordinator Guadalupe Zambrano of the Child Protection Team conducted a video-recorded forensic interview with A.Z. A.Z. was able to offer definitions of truth and lie and differentiated between the two when





provided examples.

17. When A.Z. was asked if she knew why she was speaking with the Case Coordinator Zambrano, she responded, "because some allegations were made against my father WILLIAM LEE." A.Z. said that the allegations were that WILLIAM LEE had been sexual with her and that the allegations were made by her ex-boyfriend, B.L. When asked why B.L. would make these allegations, A.Z. replied, "because he's a dumbass." When asked to elaborate, A.Z. said that she had sent text messages to B.L. that were a "live action role play" and they were not real incidents that had occurred. A.Z. went on to say that the role playing consisted of her character that she was writing about making admissions to a friend that her father had been sexual with her. A.Z. denied that WILLIAM LEE has ever been inappropriate toward her and that he had never done anything sexual with her. A.Z. said that WILLIAM LEE had never said anything inappropriate to her that made her uncomfortable. A.Z. disclosed that she had been touched inappropriately by an adult in the past, but stated that she would not disclose the name of the subject because it had already been resolved.

18. On October 13, 2016 at approximately 9:00 a.m., Detective Laurence with LCSO made contact with WILLIAM LEE via land line. Detective Laurence requested that WILLIAM LEE sign a consent to search form for the deactivated Samsung Galaxy Note 3. WILLIAM LEE stated that he would first need to speak with his attorney to determine what his options were. Later that day, Detective Laurence was contacted by WILLIAM LEE's attorney, Elizabeth Humann, who advised that WILLIAM LEE





would not be providing any further statements to law enforcement and that he would not be signing a consent to search form for the deactivated phone.

19. Detective Laurence reviewed the text messages between A.F. and A.Z. that were provided to law enforcement by B.L. during the preliminary investigation. In the text messages, A.Z. said that she was on her father's Kik (Chat Application) and observed that WILLIAM LEE "has pictures of me Ummmm giving head and he sent them to this dude in return for young girls photos." A.Z. added, "I'm not in pain. He sticks his dick in me. I don't fight or nothing. It's not rape. I don't like it, but I don't tell him no."

20. On October 20, 2016, Detective Laurence obtained a State search warrant signed by the Honorable Zachary M. Gill to have the deactivated Samsung Galaxy Note 3 forensically examined.

21. On October 25, 2016, your affiant reviewed the results of the forensic examination performed by LCSO Digital Forensic Examiner Michael Lacombe of the deactivated Samsung Galaxy Note 3. From the preliminary forensic examination of this cell phone, two videos were found and are described as follows:

    A. File name: 20151223_15583.mp4

       File creation date: 12-23-15 at 3:35:31pm.

       Description: This video is 4 minutes and 46 seconds in length. This video depicts A.Z. performing oral sex on WILLIAM LEE. A.Z. and WILLIAM LEE then begin to have sexual intercourse. There is sound in the video. WILLIAM LEE whispers something to A.Z., and she can be





heard responding, "no dad, you're weird." A.Z. then tells him she needs to change positions because her legs are hurting. At this point, it appears that A.Z. is on her hands and knees and WILLIAM LEE penetrates her vagina from behind. The cell phone is placed underneath A.Z.'s stomach, continuing to record the sex act. The cell phone either drops or falls, and WILLIAM LEE's face and partial body is visible in the video.

B. File name: 20160830_160912.mp4

File creation date: 8-30-16 at 4:09:13pm.

Description: This video is 1 minute and 59 seconds in length. This video depicts A.Z. performing oral sex on and masturbating an adult male. A.Z. then straddles the male, and they begin having sexual intercourse. There is sound in the video. A.Z. asks the male, "why would you videotape things?" He answers A.Z., but it is very difficult to hear his response before the video ends. The male's face is not seen in the video.





**CONCLUSION**

22. Based upon the above information, probable cause exists to believe that WILLIAM LEE has committed the offenses of production of child pornography, in violation of Title 18, United States Code, Section 2251(a), and possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Thus, your affiant respectfully requests that this Court authorize a criminal complaint against WILLIAM LEE.

Jody Payne
Task Force Officer
Federal Bureau of Investigation

Sworn to and Subscribed in my Presence
this 28th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge